PROB 12C
(6/16)

Report Date: March 1, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR -2 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane J. Pariseau            Case Number: 0980 2:05CR00168-LRS-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 13, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 846; Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1) | |
| Original Sentence: | Prison 180 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: December 21, 2017 |
| Defense Attorney: | Federal Defenders office | Date Supervision Expires: December 20, 2022 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 21, 2017, Shane Pariseau signed his judgment for case number 2:05CR00168-LRS-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pariseau was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances and shall submit to urinalysis testing, as directed by the supervising probation officer.

On February 27, 2018, Mr. Pariseau reported to the Washington Department of Corrections office as directed to provide a urine test. The offender was observed to be wearing a device intended to provide a false urine test. Mr. Pariseau was directed to remove the device. At that time, he admitted he had consumed a controlled substance, cocaine. Mr. Pariseau was taken into Washington State Department of Corrections custody at that time for the violation behaviors.

Prob12C

**Re: Pariseau, Shane J**
**March 1, 2018**
Page 2

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/01/2018

Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/2/18
Date