PROB 12C
(6/16)

Report Date: May 29, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shane J. Pariseau | Case Number: 0980 2:05CR00168-LRS-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 13, 2006

Original Offense:    Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 846; Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 180 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | December 21, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 20, 2022 |

### PETITIONING THE COURT

To issue a WARRANT and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/01/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 21, 2017, Shane Pariseau signed his judgment for case number 2:05CR00168-LRS-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Pariseu was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising probation officer.<br><br>On May 9, 2018, Mr. Pariseau was directed by the undersigned officer to report on May 10, 2018, to provide a urine test. Mr. Pariseau left a voice message on May 10, 2018, claiming he had a warrant with the Washington State Department of Corrections (DOC) and he was unable to report as directed as he was going to turn himself into DOC. |

Prob12C
**Re: Pariseau, Shane J.**
**May 29, 2018**
**Page 2**

        Mr. Pariseau failed to turn himself into the Washington State Department of Corrections and failed to report for his urine test as directed on May 10, 2018.

3       **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: On December 21, 2017, Shane Pariseau signed his judgment for case number 2:05CR00168-LRS-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Parisaeu was made aware by his U.S. probation officer that he must report any change in address to this U.S. probation officer.

        On May 29, 2018, the undersigned officer spoke with Mr. Pariseau's father, as Mr. Pariseau was living at this father's residence. Mr. Pariseau's father stated Shane Pariseau had not lived at the residence since on or about May 8, 2018. Mr. Pariseau's father did not know where the offender was residing, but stated it was not at his reported address.

        Shane Pariseau has failed to report any changes in address to the undersigned officer. Mr. Pariseau's whereabouts are currently unknown. Numerous attempts to contact the offender have gone unreturned.

4       **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

        **Supporting Evidence**: On December 21, 2017, Shane Pariseau signed his judgment for case number 2:05CR00168-LRS-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Parisaeu was made aware by his U.S. probation officer that he must undergo a substance abuse evaluation and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.

        Mr. Pariseau has failed to complete a chemical dependency assessment as directed. The offender had scheduled his chemical dependency assessment with a certified treatment provider for May 7, 2018. Mr. Pariseau failed to report for that assessment and as of the date of this report has not rescheduled with the provider.

Prob12C
**Re: Pariseau, Shane J.**
**May 29, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/29/2018

Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

June 5, 2018

Date